UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

KAREN LYNCH

    Plaintiff,

v.                            Case No: 14-CV-0772

JOHNSON CONTROLS, INC.

    Defendant.

---

PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

---

COMES NOW the Plaintiff, Karen Lynch, and hereby requests voluntary dismissal of the Complaint without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated this 22nd day of October, 2014.

                          HEINS & MINKO LLC
                          Counsel for the Plaintiff

                          *s/ Janet L. Heins*
                          Janet L. Heins, State Bar No. 1000677

HEINS & MINKO LLC
1001 West Glen Oaks Lane, Suite 101
Mequon, WI 53092
(262) 241-8444 voice
(262) 241-8455 facsimile
E-mail: jheins@heinslawoffice.com